UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-08790-KK** | Date: | September 15, 2026 |
| Title: | ***In Re: Anatoly Krushevsky*** | | |

---

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute**

Pursuant to Federal Rule of Bankruptcy Procedure 8002(a), the Appellant must file a notice of appeal with the bankruptcy clerk within fourteen (14) days of the date of the entry of the Order, Judgment, or Decree from which the appeal is taken. Fed. R. Bankr. P. 8002(a)(1).

Here, Appellant filed a Notice of Appeal on July 17, 2026. Dkt. 1. On July 28, 2026, the Clerk of Court issued a Notice of Appeal Deficiency because the Notice of Appeal 1) does not include the title of the order, judgment, or decree; 2) does not include the entered date of the order, judgment, or decree; 3) does not include the addresses and telephone numbers of the opposing parties; and 4) does not include an entered stamped copy of the order, judgment, or decree. Dkt. 3. Appellant was ordered to submit the filings to the United States Bankruptcy Court within 14 days of the Notice. Id. To date, Appellant has not submitted the required filings.

Accordingly, the Court, on its own motion, orders Appellant to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for failure to prosecute.

**Appellant is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**